**IN THE UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION**

| | |
|---|---|
| MIREYA SANCHEZ, ) | |
| ) | Case #08-CV-04515 |
| Plaintiff, ) | |
| ) | Honorable Ruben Castillo |
| v. ) | |
| ) | Magistrate Judge Nolan |
| VALENTINE & KEBARTAS, INC., ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

MIREYA SANCHEZ (Plaintiff), by her attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, VALENTINE & KEBARTAS, INC. (Defendant), in this case.

RESPECTFULLY SUBMITTED,

By: /s/ Gregory H. Moss
[ ]Greg Moss; [ ] Scott Cohen; [ ]Adam Krohn;
[ ]Matthew Kiverts
Attorneys for Plaintiff
Krohn & Moss, Ltd.
5055 Wilshire Blvd., Suite 300
Los Angeles, CA 90036

1